153 So. 921

**Grandiver, alias Granville, HAMPTON v. STATE.**

**8 Div. 919.**

Court of Appeals of Alabama.
March 6, 1934.

BRICKEN, Presiding Judge.

This appellant was indicted for the offense of murder in the first degree, wherein it was charged that he unlawfully and with malice aforethought killed Tom Norhor by shooting him with a pistol.

The indictment was returned into open court on May 4, 1933, and he was put to trial on May 25, 1933. The trial resulted in his conviction of manslaughter in the first degree and his punishment fixed by the jury at imprisonment for eight years. The court pronounced and entered a judgment of conviction in accordance with the verdict of the jury and sentenced him to imprisonment in the penitentiary for a term of eight years. From the judgment of conviction this appeal was taken. The appeal is upon the record proper only; there being no bill of exceptions.

Upon examination we find the record of the proceedings in the lower court regular in all things. No error being apparent thereon, the judgment of conviction from which this appeal was taken will stand affirmed.

Affirmed.

157 So. 919

**Martin HANCOCK et al. v. Henry KELLEY.**

**5 Div. 946.**

Court of Appeals of Alabama.
Nov. 22, 1934.

PER CURIAM.

Appeal dismissed for want of prosecution.

161 So. 918

**Red HARBIN v. CITY OF HUNTSVILLE.**

**8 Div. 129.**

Court of Appeals of Alabama.
June 4, 1935.

SAMFORD, Judge.
Affirmed.

159 So. 916

**Tom HARBIN v. STATE.**

**8 Div. 71.**

Court of Appeals of Alabama.
Feb. 19, 1935.

SAMFORD, Judge.
Affirmed.

159 So. 916

**John HARDEN v. STATE.**

**8 Div. 3.**

Court of Appeals of Alabama.
Feb. 12, 1935.

SAMFORD, Judge.
Affirmed.

163 So. 907

**Pres HARDWICK et al. v. STATE.**

**6 Div. 887.**

Court of Appeals of Alabama.
Aug. 27, 1935.

J. L. Busby and Walter S. Smith, both of Birmingham, for petitioners.

See, also, ante, p. 536, 164 So. 107.

PER CURIAM.
Writ denied.

160 So. 920

**E. D. HARPER v. CHRISTIE, HUTCHINSON & BURTON CO.**

**6 Div. 709.**

Court of Appeals of Alabama.
April 18, 1935.

Jas. Esdale, of Birmingham, for appellant.

Bowers & Dixon, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed for want of prosecution.